JAMES PAUL, Appellant, *v.* ALLIE D. SWEARS, Respondent.

*Paul* v. *Swears*, 138 App. Div. 638, appeal withdrawn.
(Submitted November 27, 1911; decided December 5, 1911.)

MOTION for leave to withdraw stipulation and appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1910, reversing a judgment in favor of plaintiff entered upon a decision of the Warren County Court after trial without a jury and granting a new trial in an action to compel specific performance of a contract to purchase real property.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Robert Imrie* for motion.

*H. A. Howard* opposed.

Motion granted on payment, within twenty days, of costs of appeal and ten dollars costs of motion.